| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| DEANDRE ROBINSON, | ) Case No.: 1:18-cv-01400-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| R. COX, et al., | ) |
| Defendants. | ) |

Plaintiff Deandre Robinson is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on October 11, 2018.

On October 12, 2018, the Court directed Plaintiff to submit a complete application to proceed in forma pauperis or pay the $400.00 filing fee within forty-five days. (ECF No. 4.)

On November 2, 2018, the Court received a copy of Plaintiff's prisoner trust fund account statement. (ECF No. 5.) However, Plaintiff did not complete and submit the necessary application to proceed in forma pauperis. The Court will grant Plaintiff one additional opportunity to complete and submit the application to proceed in forma pauperis.

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a new application to proceed in forma pauperis by a prisoner;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall submit a completed application to proceed in forma pauperis; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed, without prejudice.

IT IS SO ORDERED.

Dated: **November 6, 2018**

UNITED STATES MAGISTRATE JUDGE