|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| DEANDRE ROBINSON, | ) Case No.: 1:18-cv-01400-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER REGARDING SERVICE OF DEFENDANT S. SAVOIE |
| R. COX, et al., | ) [ECF No. 18] |
| Defendants. | ) |

Plaintiff Deandre Robinson is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 1, 2019, the Court found that Plaintiff stated a cognizable failure to protect claim against Defendants R. Cox, A. Sotello, and S. Savoie (erroneously identified by Plaintiff as Savoy) and ordered service of the complaint by way of the Court's E-Service pilot program for civil rights cases for the Eastern District of California. (ECF No. 16.)

On April 3, 2019, the California Department of Corrections and Rehabilitation filed a notice of intent to waive service on behalf of all three Defendants. (ECF No. 18.)

On May 3, 2019, Deputy Attorney General, James Mathison, filed a waiver of service on behalf of Defendants R. Cox and A. Sotello only. (ECF No. 19.) No waiver of service has been filed on behalf of Defendant S. Savoie.

Accordingly, it is HEREBY ORDERED that:

1. Within **seven (7)** days from the date of service of this order, defense counsel shall respond to this order by filing: (1) a waiver of service on behalf of Defendant Savoie; (2) an amended notice of intent not to waiver service for Defendant Savoie; or (3) relief from the e-service order by way of special appearance.

IT IS SO ORDERED.

Dated: **May 7, 2019**

UNITED STATES MAGISTRATE JUDGE