**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANDRE ROBINSON, | ) Case No.: 1:18-cv-01400-SAB (PC) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING DEFENDANT SAVOIE EXTENSION OF TIME TO FILE A WAIVER OF SERVICE |
| R. COX, et al., | ) |
| | ) [ECF no. 21] |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff Deandre Robinson is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 1, 2019, the Court found that Plaintiff stated a cognizable failure to protect claim against Defendants R. Cox, A. Sotello, and S. Savoie (erroneously identified by Plaintiff as Savoy) and ordered service of the complaint by way of the Court's E-Service pilot program for civil rights cases for the Eastern District of California. (ECF No. 16.)

On April 3, 2019, the California Department of Corrections and Rehabilitation filed a notice of intent to waive service on behalf of all three Defendants. (ECF No. 18.)

On May 3, 2019, Deputy Attorney General, James Mathison, filed a waiver of service on behalf of Defendants R. Cox and A. Sotello only. (ECF No. 19.) To date, no waiver of service has been filed on behalf of Defendant S. Savoie.

1

On May 14, 2019, in response to the Court's order, Deputy Attorney General James Mathison made a special appearance on behalf of Defendant Savoie and requests an extension of twenty-one days to file a waiver of service. Mr. Mathison indicates that additional time is needed in order for CDCR to retain outside counsel to represent Defendant Savoie.

On the basis of good cause, it is HEREBY ORDERED that Defendant Savoie is granted twenty-one (21) days from the date of service of this order to file a waiver of service.

IT IS SO ORDERED.

Dated:   **May 14, 2019**

UNITED STATES MAGISTRATE JUDGE