UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON,<br><br>                Plaintiff,<br><br>v.<br><br>R. COX, et al.,<br><br>                Defendants. | Case No. 1:18-cv-01400-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **INMATE DEANDRE ROBINSON**, CDCR #F-37048<br><br>DATE: November 8, 2019<br>TIME:  8:30 a.m.<br>LOCATION: California State Prison, Corcoran |

    **Inmate Deandre Robinson**, **CDCR #F-37048**, a necessary and material witness on his own behalf in proceedings in a settlement conference on November 8, 2019, is confined at Pelican Bay State Prison (PBSP), 5905 Lake Earl Drive, Crescent City, CA 95531, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at the California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, CA 93212 on Friday, November 8, 2019, at 8:30 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: Warden, PBSP**

    **WE COMMAND** you to produce the inmate named above, <u>along with his legal property</u>, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **October 8, 2019**
                                                  UNITED STATES MAGISTRATE JUDGE

