# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. COX, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01400-DAD-SAB (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

Plaintiff Deandre Robinson is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 8, 2019, a settlement conference was held and the parties reached a settlement agreement, and all pending deadlines were vacated. Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents within **fourteen (14)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 12, 2019**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1