# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COX, *et al.*,<br><br>    Defendants. | 1:18-cv-01400-DAD-SAB (PC)<br><br>ORDER DENYING REQUEST TO ENFORCE SETTLEMENT AGREEMENT AS PREMATURE<br><br>(ECF No. 40) |

Plaintiff Deandre Robinson ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 8, 2019, a settlement conference was held before the undersigned. The terms and conditions of the settlement agreement were placed on the record and the Court retained jurisdiction to enforce the settlement. (ECF No. 36.)

On November 14, 2019, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 38), and the action was terminated by operation of law, (ECF No. 39).

Currently before the Court is Plaintiff's motion to enforce the settlement agreement, filed February 12, 2020. (ECF No. 40.) In his motion, Plaintiff states that Defendants have not fulfilled their part of the settlement agreement. (Id.)

1

As noted in the settlement terms placed on the record on November 8, 2019, the agreed payment from Defendants could take as long as one-hundred eighty (180) days from completion of all necessary settlement paperwork. (See ECF No. 36.) Dispositional documents were filed in this action on November 14, 2019, which is only ninety (90) days from the date of filing of Plaintiff's motion to enforce the settlement agreement. As the full 180 days has not yet expired, Plaintiff's motion for enforcement of the settlement agreement is premature.

Accordingly, Plaintiff's motion to enforce the settlement agreement, (ECF No. 40), is DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated: **February 18, 2020**      /s/ *Barbara A. McAuliffe*
                                                                                 UNITED STATES MAGISTRATE JUDGE